UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB DAVID WOOLERY,<br><br>  Plaintiff,<br><br>  v.<br><br>ERIC MAGRINI, et al.,<br><br>  Defendants. | No.  2:21-cv-1232-EFB P<br><br><br>ORDER |

Plaintiff is a county jail inmate proceeding without counsel in an action brought under 42 U.S.C. § 1983.  He requests an extension of time to file his amended complaint in accordance with the court's September 13, 2021 order.

Plaintiff's request (ECF No. 8) is granted and plaintiff has 30 days from the date this order is served to file his amended complaint.

So ordered.

Dated:  October 20, 2021.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE